### GRABLER MANUFACTURING CO v WROBEL

Ohio Supreme Court

No 23219. Decided April 6, 1932

Marshall, CJ, Jones, Day, Allen, Kinkade and Stephenson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**